**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**ALAN E. MEYER, JOHN R. PRATT, and**
**DOVETAIL BUILDERS 2, L.L.C.,**

        **Plaintiff,**

  v.                                      Case No.  07-2230-JWL-DJW

**DAVID J. CHRISTIE, et al.,**

        **Defendants.**

## **ORDER**

    The Court hereby grants Benjamin T. Clark's Motion to Withdraw as Attorney (doc. 111).

Benjamin T. Clark is hereby withdrawn as counsel for Defendant Security Savings Bank.  Mark A.

Thornhill of Spencer Fane Britt and Browne LLP remains as counsel for said Defendants.

    **IT IS SO ORDERED.**

    Dated in Kansas City, Kansas on this 22nd day of February 2008.

                                                          s/ David J. Waxse
                                                          David J. Waxse
                                                          U.S. Magistrate Judge

cc:    All counsel and *pro se* parties