AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| Alan E. Meyer, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    07-2230 |
| David J. Christie, et. al. | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Alan E. Meyer, et. al.    recover from the defendant *(name)* David J. Christie, et. al.    the amount of   Nine million one hundred ninety six thousand three hundred forty five   dollars ($ 9,196,345.00  ), which includes prejudgment interest at the rate of    %, plus post judgment interest at the rate of .50   %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*     recover costs from the defendant *(name)*    .

☒ other:   the plaintiff Alan E. Meyer, et. al.  recover from defendant David J. Christie, et. al. the amount of One-Hundred dollars ($100) in punitive damages, which includes post judgment interest at the rate of .50%.          .

This action was *(check one)*:

☒ tried by a jury with   U. S. District Court Judge Carlos Murguia      presiding, and the jury has rendered a verdict.

☐ tried by   U. S. District Court Judge     without a jury and the above decision was reached.

☒ decided by   U. S. District Court Judge Carlos Murguia       pursuant to the punitive damages hearing held on September 8, 2009 at 1:30 p.m.

Date:  Sep 8, 2009

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Jennifer Walton
*Signature of Clerk or Deputy Clerk*