IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| ALAN A. MEYER, JOHN R. PRATT and DOVETAIL BUILDERS 2, L.L.C., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID J. CHRISTIE, ALEXANDER GLENN, D.J. CHRISTIE, INC., THE BLUFFS, L.L.C., JAMES K. DUFF and SECURITY SAVINGS BANK, F.S.B., )<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | Case No. 07-2230-CM |

## DEFENDANTS' JOINT NOTICE OF APPEAL

Notice is hereby given that David J. Christie, Alexander Glenn, D.J. Christie, Inc., and The Bluffs, L.L.C., defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the third (final) judgment entered in this action on the 8th day of September 2009 (Doc. 341), all prior interlocutory orders that merged into the third (final) judgment, and the December 8, 2009, order denying defendants' post-trial motions (Doc. 367).

Respectfully submitted,

SANDERS, WARREN & RUSSELL, L.L.P.

By:   /s/  William P. Denning
William P. Denning, #21560
40 Corporate Woods
9401 Indian Creek Pkwy., Ste. 1250
Overland Park, KS 66210
Telephone: (913) 234-6100
Facsimile:  (913) 234-6199
w.denning@swrllp.com

*Attorneys for Defendants David J. Christie and D.J. Christie, Inc.*

1

LOCKE LORD BISSELL & LIDDELL LLP

By:   /s/  Edwin R. DeYoung_____
     Edwin R. DeYoung
      Texas State Bar No. 05673000
     2200 Ross Avenue, Suite 2200
     Dallas, Texas  75201
     Telephone:  (214) 740-8000
     Facsimile:  (214) 740-8800
     edeyoung@lockelord.com

     Susan A. Kidwell
      Texas State Bar No. 24032626
     100 Congress Avenue, Suite 300
     Austin, Texas  78701
     Telephone:  (512) 305-4766
     Facsimile:  (512) 391-4766
     skidwell@lockelord.com

*Attorneys for Defendants David J. Christie and D.J. Christie, Inc.*


WONER, GLENN, REEDER & GIRARD, P.A.

By:   /s/  Grant M. Glenn_____
     Grant M. Glenn, #9051
     5611 SW Barrington Court South
     P.O. Box 67689
     Topeka, KS 66667-0689
     Telephone:  (785) 235-5330
     Facsimile:  (785) 235-1615
     grant@wonerglenn.com

*Attorneys for Defendant Alexander Glenn*

BARBER EMERSON, LC

By:   /s/  Terrence J. Campbell
    Terrence J. Campbell, #18377
    1211 Massachusetts Street
    P.O. Box 667
    Lawrence, Kansas 66044
    Telephone:  (785) 843-6600
    Facsimile:  (785) 843-8405
    tcampbell@barberemerson.com

*Attorneys for Defendant The Bluffs, LLC*

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January, 2010, a true and correct copy of the above and foregoing **Defendants' Joint Notice of Appeal** was filed with the clerk using the CM/ECF system, which will send notification to the following:

    Matthew T. Geiger
    Walter Brown
    GADDY GEIGER & BROWN, PC
    2345 Grand Boulevard, Suite 675
    Kansas City, Missouri 64108
    mgeiger@ggbtrial.com
    wbrown@ggbtrial.com

    William A. Brewer III
    Kenneth Hickox
    Robert M. Millimet
    BICKEL & BREWER
    4800 Bank One Center
    1717 Main Street
    Dallas, Texas 75201
    wab@bickelbrewer.com
    kzh@bickelbrewer.com
    rrm@bickelbrewer.com

*Attorneys for Plaintiffs*

    /s/  William P. Denning