# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK OF COURT

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS  66101
(913) 551-6719

Kansas City, Kansas

January 27, 2010

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS  67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 295-2610

Clerk, U.S. Court of Appeals
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado  80257

RE:  Meyer, et al. v. Christie, et al.
     USDC Case No. 07-2230 CM
     USCA Case No. 10-3011

Dear Clerk:

Please be advised that the record is complete for the purposes of appeal.

__XXX__         The transcript was filed _1/25/2010_ .

_____     A transcript is not necessary for this appeal.

_____     The necessary transcript is already on file in the U.S District Court.

_____     The necessary transcript was ordered previously in appeal #_____ .

Sincerely,

TIMOTHY M. O'BRIEN
CLERK OF COURT

By: _s/ K. O'Keefe_
       Deputy Clerk

cc:  Counsel of record (SEE NOTICE OF ELECTRONIC FILING)