# LIMITED ASSIGNMENT OF JUDGMENT

This **Limited Assignment of Judgment** (this "Assignment") is made by Alan E. Meyer, an individual ("Assignor"), to and in favor of **Chamberlin Patrick Butler Crowe, PA**, a Florida professional association ("Assignee"), relating to an obligation of David J. Christie, Alexander Glenn, D.J. Christie, Inc., and The Bluffs, LLC (collectively the "Defendants").

Whereas, on May 22, 2009, the United States District Court for the District Court of Kansas, Case No. 07-2230-CM, granted judgment in favor of multiple parties, including Assignor (collectively, the "Plaintiffs"), in the principal sum of Nine Million One Hundred Ninety-Six Thousand Three Hundred Forty-Five and 00/100 Dollars ($9,196,345.00).

Whereas, on September 8, 2009, the United States District Court for the District Court of Kansas, Case No. 07-2230-CM, granted Plaintiffs punitive damages in the amount of One Hundred and No/100 Dollar ($100), subject to certain credits, together with interest thereon at the statutory rate until paid in full (the judgment and punitive damages are referred to herein as the "Judgment").

Whereas, Assignor has agreed to assign to Assignee that portion of the Judgment actually paid by the Defendants to the Assignor (the "Assigned Judgment Amount") as collateral for payment of any and all existing and future obligations owing to Assignee for professional legal services rendered and expenses and costs advanced by Assignee for the benefit of the Assignor on the attached Exhibit A. As June 3, 2010, the agreed outstanding balance of the obligations to Assignee is $50,000.00.

Therefore, for and in consideration of the premises and the covenants herein, together with other good and valuable consideration, the receipt and sufficiency of which are acknowledged, Assignor assigns, endorses, transfers, grants, conveys, and delivers to Assignee all of the Assignor's right, title, interest, and benefit to, in, and under the Assigned Judgment Amount and the sums and future sums payable thereunder, without recourse, representations, or warranties, express or implied, except as otherwise set out herein, and Assignor consents to payment of the Assigned Judgment Amount directly to Assignee.

TO HAVE AND TO HOLD the same together with all rights, titles, interests, privileges, claims, demands, and equities existing and to exist in connection therewith unto Assignee, its successors and assigns forever. Assignor specifically disclaims any warranty, guaranty, or representation, oral or written, past, present or future with respect to the Judgment and the Assigned Judgment Amount.

IN WITNESS WHEREOF, this Assignment has been executed by the Assignor as of June _11_, 2010.

_____
Alan E. Meyer

EXHIBIT A

CHAMBERLIN PATRICK BUTLER CROWE, PA
3001 N. Rocky Pt Dr. E, Suite 200
Tampa, FL 33607
(813) 374-2216

Meyer, Alan
09/18/2009 INV #303. Due 09/18/2009.          Orig. Amount $345.00.          345.00          345.00

All Points Capital v. CFV and Meyer-
08/18/2009 INV #271. Due 08/18/2009.          Orig. Amount $5,192.00.          5,192.00          5,537.00
06/09/2010 INV #737. Due 06/09/2010.          Orig. Amount $236.00.          236.00          5,773.00

Peoples Capital & Leasing Corp v Meyer-
09/18/2009 INV #304. Due 09/18/2009.          Orig. Amount $1,062.00.          1,062.00          6,835.00
12/08/2009 INV #422. Due 12/14/2009.          Orig. Amount $767.00.          767.00          7,602.00
06/09/2010 INV #738. Due 06/09/2010.          Orig. Amount $118.00.          118.00          7,720.00

Regions Bank v. Meyer-
08/18/2009 INV #272. Due 08/18/2009.          Orig. Amount $5,961.50.          5,961.50          13,681.50
06/09/2010 INV #739. Due 06/09/2010.          Orig. Amount $1,150.50.          1,150.50          14,832.00

Sherwin Williams v Meyer-
08/18/2009 INV #273. Due 08/18/2009.          Orig. Amount $472.00.          472.00          15,304.00
09/18/2009 INV #305. Due 09/18/2009.          Orig. Amount $531.00.          531.00          15,835.00
06/09/2010 INV #741. Due 06/09/2010.          Orig. Amount $265.50.          265.50          16,100.50

Sovereign Bank v Meyer-
09/18/2009 INV #306. Due 09/18/2009.          Orig. Amount $442.50.          442.50          16,543.00
06/09/2010 INV #742. Due 06/09/2010.          Orig. Amount $29.50.          29.50          16,572.50

Global Hybrid Roofing Solutions (Iowa), LLC
06/09/2010 INV #736. Due 06/09/2010.          Orig. Amount $1,000.00.          1,000.00          17,572.50

Total:  $17,572.50

Agreed interest (compromised):  $2,724.50

Additional Retainer replenishment:  ($5,000 per matter):

Meyer, Alan-
All Points Capital v. CFV and Meyer-
Peoples Capital & Leasing Corp v Meyer-
Regions Bank v. Meyer-
Sherwin Williams v Meyer-
Sovereign Bank v Meyer-

Total:  $30,000.00

Grand total:  $50,000.00