## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ALAN E. MEYER, JOHN R. PRATT, and<br>DOVETAIL BUILDERS 2, L.L.C., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID J. CHRISTIE, ALEXANDER | ) | CIVIL ACTION NO. 07-2230-CM |
| GLENN, D.J. CHRISTIE, INC., and THE | ) | |
| BLUFFS, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR RELEASE OF SUPERSEDEAS BOND
### BY PLAINTIFFS ALAN E. MEYER AND JOHN R. PRATT

Pursuant to Federal Rule of Civil Procedure 65.1, Plaintiffs Alan E. Meyer ("Meyer"),

and John R. Pratt ("Pratt") (collectively, "Plaintiffs") hereby move for the release of the

supersedeas bond being held in the registry of the Court, as follows:

On September 8, 2009, the Court issued its (third) final judgment in this matter in favor

of Plaintiffs and against Defendants David J. Christie, Alexander Glenn, D.J. Christie, Inc., and

The Bluffs, LLC (collectively, "Defendants") in the total amount of $9,196,445.00, plus post-

judgment interest at the rate of 0.50%, along with costs.[1]  On December 8, 2009, the Court issued

its Memorandum and Opinion denying Defendants' post-trial motions.[2]  On January 7, 2010,

Defendants filed their notice of appeal,[3] and sought the Court's approval of their proposed form

---

[1] *See* Doc. #341.

[2] *See* Doc. #367.

[3] *See* Doc. #368.

of supersedeas bond in the amount of $1.125 million to continue the stay on Plaintiffs' execution on the judgment pending appeal.[4]

On January 12, 2010, the Court approved Defendants' motion to continue the stay on Plaintiffs' execution on the judgment pending appeal upon the deposit of the supersedeas bond in the amount of $1.125 million in the registry of the Court.[5]   On January 15, 2010, Defendants filed their supersedeas bond with the Court.[6]

On March 15, 2011, the Tenth Circuit Court of Appeals affirmed the award of damages to Meyer and Pratt in the total amount of $7,170,603, reversed and remanded the award of damages to Plaintiffs in the amount of $1,907,372 in lost contracting profits and $118,370 in unreimbursed expenses, and reversed the entry of judgment for Dovetail and against The Bluffs, LLC on Plaintiffs' civil conspiracy claim.[7]   The Tenth Circuit also contemporaneously entered its judgment in connection with the appeal.[8]   On April 5, 2011, Plaintiffs and certain Defendants each filed a petition for rehearing with the Tenth Circuit, both of which were denied on April 15,

---

[4] *See* Doc. #370.

[5] *See* Doc. #372.

[6] *See* Doc. #373.

[7] Attached hereto as Exhibit A is the Tenth Circuit's opinion.

[8] Attached hereto as Exhibit B is the Tenth Circuit's judgment.

2011.[9]  On April 25, 2011, the Tenth Circuit issued its mandate,[10] as a result of which the stay on execution on the judgment has been dissolved and Plaintiffs may enforce their judgment.[11]

Rule 65.1 provides that a "surety's liability may be enforced on motion without an independent action."  Because the amount of the supersedeas bond was less than the amount of Plaintiffs' judgment that was affirmed and entered by the Tenth Circuit,[12] Plaintiffs respectfully request that the Court order the release of the entire supersedeas bond to Meyer and Pratt in partial satisfaction of their judgment, and award them such other and further relief to which they are entitled.

---

[9] Attached hereto as Exhibit C is the Tenth Circuit's Order denying the petitions for rehearing.

[10] Attached hereto as Exhibit D is the Tenth Circuit's mandate.

[11] *See Brinkman v. Dep't of Corrections of State of Kan.*, 857 F. Supp. 775, 777 (D. Kan. 1994) ("With the issuance of the mandate, the prior stay [pursuant to Fed. R. Civ. P. 62(d)] dissolved and this court regained jurisdiction of the case for the purpose of enforcing the judgment.").  Meyer and Pratt have contemporaneously filed their Renewed Notice to Elect the Jury's Damages Award in Lieu of the Jury's Unjust Enrichment Award.

[12] *See* Doc. #373; Exs. A, B, D.

Dated:  April 25, 2011                    Respectfully submitted,

                                          /s/  Matthew T. Geiger
                                          Matthew T. Geiger          KS # 19205
                                          GADDY GEIGER & BROWN PC
                                          2345 Grand Boulevard, Suite 675
                                          Kansas City, Missouri 64108
                                          Telephone:  (816) 221-8989
                                          Facsimile:  (816) 221-8988

                                          William A. Brewer III (*pro hac vice*)
                                          Kenneth N. Hickox, Jr. (*pro hac vice*)
                                          Robert M. Millimet (*pro hac vice*)
                                          BICKEL & BREWER
                                          4800 Bank One Center
                                          1717 Main Street
                                          Dallas, Texas 75201
                                          Telephone:  (214) 653-4000
                                          Facsimile:  (214) 653-1015

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a copy of the above and foregoing document has been served on the following counsel of record via the Court's CM/ECF electronic notification system on April 25, 2011.

| | |
|---|---|
| Edwin R. DeYoung<br>LOCKE LORD BISSELL & LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201-6776 | Susan A. Kidwell<br>LOCKE LORD BISSELL & LIDDELL LLP<br>100 Congress Avenue, Suite 300<br>Austin, Texas 78701 |
| William P. Denning<br>SANDERS WARREN & RUSSELL LLP<br>9401 Indian Creek Parkway, Suite 1250<br>Overland Park, Kansas 66210 | Grant M. Glenn<br>Bruce J. Woner<br>WONER, GLENN, REEDER, GIRARD &<br>RIORDAN<br>5611 Southwest Barrington Court South<br>P.O. Box 67689<br>Topeka, Kansas 66614-0000 |

                                          /s/  Matthew T. Geiger
                                          Attorney for Plaintiffs